# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| SONIC AUTOMOTIVE, INC., | \| |
| | \| Civil Action No:  1:10–cv-00717-SJD |
| **Plaintiff,** | \| |
| | \| |
| vs. | \| JUDGE SUSAN J. DLOTT |
| | \| |
| CHRYSLER INSURANCE COMPANY, | \| |
| GREAT AMERICAN ASSURANCE | \| |
| COMPANY, LUMBERMANS MUTUAL | \| MAGISTRATE KAREN LITKOVITZ |
| CASUALTY, d/b/a LUMBERMANS MUTUAL | \| |
| GROUP and UNIVERSAL UNDERWRITERS | \| |
| INSURANCE COMPANY | \| |
| | \| |
| **Defendants.** | \| |
| | \| |

**DEFENDANT, CHRYSLER INSURANCE COMPANY'S NOTICE OF MOTION FOR
SUMMARY JUDGMENT PURSUANT TO  F.R.C.P. 56**

Defendants CHRYSLER INSURANCE COMPANY (herein referred to as "CIC"), by and through its undersigned attorneys, hereby move the Court for an Order of Summary Judgment pursuant to Fed.R.Civ.P. 56.  In support thereof, Defendant submits the attached Statement of Proposed Undisputed Material Facts, Certification of Alan R. Levy, Esq. and relevant Exhibits and Memorandum of Law.

WHEREFORE, Defendant, CIC, respectfully requests that this Honorable Court grant its Motion for Summary Judgment, and enter judgment declaring that CIC has no obligation to defend or indemnify plaintiff, Sonic Automotive, Inc. for the underlying *Galura* and *Owens/Price* class action claims.

438986

1

Respectfully submitted,

_____ **/S/  JOHN C. ALBERT**
John C. Albert (0024164)
500 S. Front St., Suite 1200
Columbus, OH 43215-7631
614-229-4528; F 614-229-4559
Jalbert@cbjlawyers.com
*Trial Attorney for Defendant,*
*Chrysler Insurance Co.*

OF COUNSEL:

CRABBE BROWN & JAMES, LLP
500 S. Front St., Suite 1200
Columbus, OH 43215-7631
614-228-5511; F 614-229-4559

BUCKLEY & CURTIS, P.A.
Alan R. Levy, Esq. (AL ʙ 0722)
Michael B. Buckley, Esq. (MB ʙ 7357)
225 Broadway, Suite 2600
New York, NY 10004
212-514-7400; F 212-514-7404
CHRYSLER INSURANCE COMPANY
f/k/a DAIMLERCHRYSLER INSURANCE COMPANY & DCFS TRUST

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2013, I electronically filed the foregoing **DEFENDANT, CHRYSLER INSURANCE COMPANY'S NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO  F.R.C.P. 56** with the Clerk of Court using the Electronic Filing System which will send notification of such filing to all counsel.

  **/s/  JOHN C. ALBERT**
JOHN C. ALBERT (0024164)

438986                                         2